**DAVID LOUIS COHEN**
ATTORNEY AT LAW
125-10 QUEENS BOULEVARD
SUITE 5- SILVER TOWERS
KEW GARDENS, N.Y. 11415
TEL: (718) 793-1553   FAX: (718) 261-2129
david@davidlouiscohenlaw.com

September 14, 2016

Hon. Arthur D. Spatt
Senior United States District Judge
Alfonse F. D'Amato United States Courthouse
100 Federal Plaza
Central Islip, New York 11722-4449

Re: United States v. Wider, et al
    14-CR-221(ADS)

Dear Judge Spatt:

I represent John Petiton with respect to the above entitled indictment. The matter is scheduled for sentencing on November 4, 2016. I am respectfully requesting that the sentencing be adjourned until December 2, 2016, at 2:00pm. This date and time is agreeable to the Government and the Probation Officer. I will file this letter via ECF and email a copy to the assigned Probation Officer.

This Court has amended Mr. Petiton's release conditions to include random drug and/or alcohol testing and continuation of treatment. He has tested negative at all appearances at his program and at PreTrial Services. Proof of his continuing satisfactory participation in his program has been provided to all parties.

Thank you for your consideration of this submission.

Very truly yours,

DAVID LOUIS COHEN

DLC/om